

John Macaluso
212.705.9837
jmacaluso@gibney.com

December 11, 2024

**VIA FAX & ECF**
Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
Room 1050
United States Courthouse
500 Pearl Street
New York, New York 10007

Conference is adjourned to January 17, 2025 at 10:00 a.m.
SO ORDERED.
12.11.24 /s/ Alvin K. Hellerstein

Re: *Hirsch v. Popdust Inc.*; Case No.: 1:24-cv-03997(AKH)

Dear Judge Hellerstein:

    This Firm has been just retained to represent defendant GeistM, d/b/a Popdust in the above-referenced matter.

    We are respectfully requesting an adjournment of the Status Conference scheduled for Friday, December 13 at 10:00 AM to afford us time to familiarize ourselves with the claims in this matter provide us an opportunity to explore settlement with opposing counsel. We apologize for the submission of this letter within less than 48 hours as were we made aware of the conference today, December 11.

    We have contacted Plaintiff's counsel by phone and by email to request their consent to the adjournment, but they have not yet responded.

                             Respectfully submitted,
                             GIBNEY, ANTHONY & FLAHERTY, LLP

GIBNEY, ANTHONY & FLAHERTY, LLP
By: *John Macaluso*
John Macaluso

cc:    All Counsel of Record (via ECF)