
**SANDERS**
· LAW GROUP ·

333 EARLE OVINGTON BOULEVARD, SUITE 402
UNIONDALE, NEW YORK 11553
T: 516-203-7600
F: 516-282-7878

January 10, 2025

*[handwritten annotation: The conf is adjourned to March 7, 2025, 10:00 a.m. No further adjournments. 1·13·25 /s/ A.K. Hellerstein]*

**_Via ECF_**
Hon. Alvin K. Hellerstein
U.S. District Court, Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: *Steven Hirsch Inc. v. Popdust Inc.*
     Docket No: 1:24-cv-03997-AKH

Dear Judge Hellerstein:

  We represent Plaintiff Steven Hirsch in this matter. We write to respectfully request a continuance of the status conference currently set for January 17, 2025 at 10:00 a.m. All parties consent to a further thirty (30) day continuance of the conference until February 18, 2025 or such other date convenient to the Court. The reason for the request is that new counsel for defendant GeistM, d/b/a Popdust was recently retained as set forth in Defendant's letter motion dated December 11, 2024 (ECF No. 21). Since that time, the parties have revisited settlement discussions which are ongoing, and the parties are hopeful they will be able to resolve the matter without further litigation. In addition, the undersigned is scheduled to travel for an out of state conference on another matter from Thursday, January 16, 2025 through Friday, January 17, 2025.

  In light of the above, the parties believe there is good cause for the continuance of the conference. This is the parties' fourth request for a continuance. There is not yet a case management plan or scheduling order in place, and the requested extension will not affect any other deadlines.

  We thank the Court's for its time and consideration of this request.

          Respectfully submitted,

          */s Renee J. Aragona*
          Renee J. Aragona