UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
                                                                     :

STEVEN HIRSCH,                                       :

                                                                     :     **ORDER VACATING DEFAULT**
                                  Plaintiff,         :     **AND REGULATING**
                                                                    :     **PROCEEDINGS**
     -against-                                             :

                                                                       :     24 Civ. 3997 (AKH)
POPDUST INC.,                                        :

                                  Defendant.      :

-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

        Defendant having appeared before the Court on March 7, 2025, the Clerk's Certificate of Default, entered on August 1, 2024, ECF No. 12, is hereby vacated. Defendant shall file an answer by March 28, 2025. Plaintiff shall produce initial disclosures as required by Fed. R. Civ. P. 26(a) by March 21, 2025.

        The parties shall next appear at a status conference on April 25, 2025 at 10:00 a.m. The dial-in information for that telephone conference will be issued in a separate order.

        The Clerk is directed to vacate the Certificate of Default, ECF No. 12.

     SO ORDERED.

Dated:     March 7, 2025                      /s/ Alvin K. Hellerstein
             New York, New York               ALVIN K. HELLERSTEIN
                                                             United States District Judge